UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-20270-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANA ALVAREZ,

    Defendant.

_____/

## ORDER DENYING EMERGENCY MOTION TO CORRECT SENTENCE

THIS CAUSE came before the Court upon the Emergency Motion to Correct Sentence Pursuant to Federal Rule of Criminal Procedure 35(a) and Incorporated Memorandum of Law (**D.E. No. 297**), filed on **December 22, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. Defense Counsel is incorrect in labeling the sentence an "upward departure." It was a variance not a departure. The variance resulted in a reasonable sentence, because the defendant, as a licensed medical doctor, prescribed to HIV patients medically unnecessary treatment with potential harmful effects on these vulnerable patients. This along with her perjurious testimony during trial, her lack of remorse, and the extent and sophistication of the fraud justified the sentence. Defense Counsel participated in the trial and thus was well aware of the facts. The Government raised the same aggravating factors in its pleading prior to the sentencing hearing. No request for a continuance was sought by Defense Counsel, which

is understandable since no notice of an upward <u>variance</u> (not departure) is necessary. *Irrizarry v. United States*, 128 S. Ct. 2198 (2008).

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of December, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record